**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| FLEET CONNECT SOLUTIONS LLC,<br>*Plaintiff*,<br>v.<br>UAB GURTAM,<br>*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:25-CV-00661-JRG-RSP<br>(Lead Case) |

**ORDER**

Defendants Remote Asset Management Limited and Ram Tracking Acquisition Limited previously filed a Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6). (Dkt. No. 41.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 56), recommending denial of the Motion. Defendants have now filed Objections. (Dkt. No. 58.)

After conducting a *de novo* review of the briefing on the Motion to Dismiss, the Report and Recommendation, and Defendants' Objections, the Court agrees with the reasoning provided in the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Defendants' Objections, **ADOPTS** the Report and Recommendation, and orders that the Motion to Dismiss Plaintiff's Amended Complaint (Dkt. No. 41) is **DENIED**.

**So ORDERED and SIGNED this 30th day of September, 2026.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE